# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY MICHAEL TOWERS, | : | |
| Plaintiff, | : | NO. 3:18-CV-1943 |
| | : | |
| v. | : | |
| | : | |
| ANDREW M. SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | **[FILED VIA ECF]** |

## ORDER

AND NOW, this 31st day of March 2020, upon consideration of Plaintiff's Motion for Attorney's Fees and Defendant's Response, it is hereby,

## **ORDERED**

that Plaintiff, Timothy Towers, is awarded Three Thousand Six Hundred Ninety Dollars and 00/100 Cents in attorney fees under the Equal Access to Justice Act ("EAJA"). The attorney's fees will be paid directly to Plaintiff, Timothy Towers, and sent to the law offices of Plaintiff's counsel, George Mehalchick, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the

Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

s/ Robert D. Mariani
_____
ROBERT D. MARIANI
U.S. DISTRICT COURT JUDGE